IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMPLOYERS MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.                                            1:14-cv-1039-KG-KBM

RC FIELD SERVICE INC., RON COFFEE AND
KAREN MABRY,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court upon the Stipulated Motion to Dismiss Without Prejudice filed by the Plaintiff, Employers Mutual Casualty Company and Defendants, RC Field Service Inc., Ron Coffee and Karen Mabry's; this Court having reviewed the Motion and noting the relief sought therein, hereby dismisses this matter without prejudice, with each party to bear its/his/her own attorney's fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

/s/ Meena H. Allen
Meena H. Allen
*Attorney for Plaintiff*

/s/ James C. Ellis
James C. Ellis
*Attorney for Ron Coffee and RC Field Service, Inc.*

/s/ Mitchel S. Burns
Mitchel S. Burns
*Attorney for Karen Mabry*